MH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Ferguson, *et al*., <br> Plaintiff, <br> v. <br> Doug Ducey, *et al*., <br> Defendants. | No.  CV 21-00677-PHX-JJT (DMF) <br><br> **AMENDED ORDER** |

In an April 28, 2021 Order, the Court severed this case into individual actions and instructed the Clerk of Court to close this case and file a copy of Defendant's Notice of Removal and this Order in each new case.  On page four of the Order, the Court inadvertently instructed the Clerk of Court to deem those documents filed as of April 20, *2020* (instead of April 20, *2021)*.  The April 28 Order will be amended accordingly.

**IT IS ORDERED:**

(1)  Part four of the IT IS ORDERED section of the April 28, 2021 Order (Doc. 5 in CV 21-00677-PHX-JJT (DMF)) is **amended** to reflect that the Notice of Removal and April 28, 2021 Order must be deemed filed as of April 20, **2021**.

(2)  The Clerk of Court must **file** this Amended Order in each of the following cases:

*Garcia v. Ducey*, CV 21-00748-PHX-SRB (CDB);

*Reid v. Ducey*, CV 21-00749-PHX-GMS (MTM);

*Eisenmann v. Ducey*, CV 21-00750-PHX-ROS (DMF);

1. *Ferguson v. Ducey*, CV 21-00747-PHX-JJT (DMF);
2. *Reeder v. Ducey*, CV 21-00751-PHX-JAT (MTM);
3. *Beyer v. Ducey*, CV 21-00755-PHX-SPL (JZB);
4. *Pledger v. Ducey*, CV 21-00752-PHX-DJH (ESW);
5. *Darrenkamp v. Ducey*, CV 21-00753-PHX-SRB (JZB); and
6. *Quintier v. Ducey*, CV 21-00754-PHX-GMS (DMF).

Dated this 3rd day of May, 2021.

Honorable John J. Tuchi
United States District Judge